IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| STEVEN McCOLLUM,              ) | |
|                               ) | |
|       Plaintiff,              ) | |
|                               ) | |
| VS.                           ) | No. 07-1048-T |
|                               ) | |
| INDIANA LUMBERMAN'S MUTUAL    ) | |
| INSURANCE COMPANY,            ) | |
|                               ) | |
|       Defendant.              ) | |

ORDER DISMISSING CASE

On April 9, 2007, the Magistrate Judge granted Defendant's unopposed motion to consolidate this case with #07-1027-T, <u>Indiana Lumbermens Mutual Insurance Company v. Steven McCollum</u>, as the parties and issues were identical. The Magistrate Judge's order directed the Clerk to dismiss and close this case. (Docket Entry #11 at 1.) All further pleadings were to be filed in #07-1027-T. However, the Clerk inadvertently failed to close this case.

The parties subsequently settled the controversy between them and submitted an agreed Order of Dismissal with Prejudice, which was entered in #07-1027-T on May 21, 2008. Therefore, this case is also DISMISSED.

IT IS SO ORDERED.

                                                s/ **James D. Todd**
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE